

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2016

No. 04-15-00390-CR

Rebecca Fayelayne **NELSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5543
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Jason K. Pulliam, Justice

      The en banc court has considered Appellant Rebecca Fayelayne Nelson's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court